[None]

TUTTLE AND RUSSELL

v.

ETHAN BALDWIN

1806

JOURNAL ENTRIES

1. Motion for witness fees . . . . . . . *Journal, infra,* *p. 26
2. Affirmance . . . . . . . . . . . . . . " 30

PAPERS IN FILE
[None]